C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF:                 )           No. B-10-81149   C-13D
Lynn D. Crumb                      )
Verna M. Crumb                  )
                                       )
     Debtor(s)                     )

## ORDER DENYING CONFIRMATION OF PLAN

        On March 15, 2011, a hearing was held on Objections by the Standing Trustee and BAC Home Loans Servicing, LP ("BAC") to confirmation of the Debtors' proposed plan. At the hearing, Edward B. Boltz, Esq. appeared on behalf of the Debtors; Christian M. Kennedy, Esq. appeared on behalf of BAC; and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee. The Court, after considering the Objections and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the Objections should be sustained; therefore, it is ORDERED:

        1. The Objections by the Trustee and BAC to confirmation of the Debtors' proposed plan are sustained and the proposed plan is not confirmed.

        2. The Debtors shall have 30 days from March 15, 2011, within which to amend their proposed plan or file a new proposed plan, and in the event an amended or new proposed plan is not is timely filed, this case shall be automatically dismissed upon Motion of the Standing Trustee without further notice and hearing.

# PARTIES IN INTEREST
## Page 1 of 1
### 10-81149 C-13D

Lynn D. Crumb
Verna M. Crumb
1604 Carnation Dr.
Durham, NC  27703

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Christian M. Kennedy, Esq.
PO Box 27507
Raleigh, NC  27611